**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER <br><br> Plaintiff(s), <br><br> v. <br><br> S & H SNYDER SAN VICENTE LLC , et al. <br><br><br> Defendant(s). | CASE NO: <br> 2:20−cv−09647−FMO−RAO <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

        Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>45</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: December 4, 2020                     /s/ *Fernando M. Olguin*
                                         Fernando M. Olguin
                                         United States District Judge